UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MICHAEL HOWARD HUNTER,

              Plaintiff,         NO.  CV-08-181-FVS

    vs.                 ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

HAL WILSON, *et al.*,

              Defendants.

    BEFORE THE COURT is Plaintiff's Motion to Dismiss (Ct. Rec. 7). Plaintiff, a *pro se* prisoner at the Spokane County Jail, recently submitted this action, including an application to proceed *in forma pauperis* on June 17, 2008.  Defendants have not been served. Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 7) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a).

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and close the file.

    **DATED** this   23rd   day of June 2008.


                       s/ Fred Van Sickle
                      FRED VAN SICKLE
          SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1