AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Michael Howard Hunter

JUDGMENT IN A CIVIL CASE

v.

Wilson, et al

CASE NUMBER: CV-08-181-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  IT IS ORDERED Plaintiff's Motion (Ct. Rec. 7) is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a).

June 23, 2008                                      JAMES R. LARSEN
*Date*                                             *Clerk*
                                                   s/ Vikki Johnson
                                                   *(By) Deputy Clerk*
                                                   Vikki Johnson